Copies to: Judge
AUSA – Special Proceedings
Dft.

Mary Petras, FPD

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
NOV -3 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| MELVIN D. BUTLER, ) | |
|               Petitioner, ) | Case No. 89-0162- O 2- RCL |
| v. ) | MOTION FOR REDUCTION OF SENTENCE |
| ) | PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| UNITED STATES OF AMERICA, ) | RETROACTIVE AMENDMENT 782 |
|               Respondent. ) | |

**COMES NOW**, the Petitioner, Melvin D. Butler, in pro se and without the assistance of counsel, with his Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2), Retroactive Amendment 782. As set forth more fully in the accompanying Memorandum of Points and Authorities, attached exhibit(s), and all matters of record, Petitioner"s motion should be considered and granted.

### RELEVANT BACKGROUND

Approximately 25 years ago, in 1990, Petitioner was sentenced to 405 months of imprisonment for a violation of 21 U.S.C. §§ 846 and 841. Petitioner was sentenced under Sentencing Guideline § 2D1.1, at an adjusted offense level of 41 and a guideline range of 324-405 months, with a Criminal History Category of I.

### MEMORANDUM OF POINTS AND AUTHORITIES

**PETITIONER'S TOTAL ADJUSTED OFFENSE LEVEL SHOULD BE REDUCED FROM 41 TO 39 AND THE GUIDELINE RANGE REDUCED FROM 324-405 TO 262-327 BASED ON THE RETROACTIVITY OF AMENDMENT 782, § 2D1.1.**

On July 18, 2014, the Sentencing Commission voted unanimously to apply Retroactive, the April 2014 Amendment to United States Sentencing Guideline § 2D1.1, Amendment 782, that reduces all drug types by two levels, which lowers the base offense level in the Drug Quantity Tables.

Thus, Amendment 782 will be Retroactive effective November 1, 2014, if



RECEIVED
Mail Room

NOV - 3 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Congress does not intervene. Accordingly, a court may modify a term of imprisonment only if doing so is consistent with federal sentencing policy statements. 18 U.S.C. § 3582(c)(2); <u>Dillon v. United States</u>, 560 U.S. 817, 825, 130 S. Ct. 2683, 177 L. Ed. 2d 271 (2010). The federal Sentencing Commission expressly authorized the retroactive application of Amendment 782 in U.S.S.G. 1B1.10(c).

Granted that, 18 U.S.C. § 3582(c)(2) provides as follows:

[I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant...the court may reduce the term of imprisonment, after considering the factors set forth in Section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Section 1B1.10 is the guidelines policy statement which implements 18 U.S.C. § 3582(c)(2). Subsection (c) of that policy statement lists amendments that are covered by the policy statement. One such amendment listed is Amendment 782 to the Guidelines.

In general, the court shall determine the amended guideline range that would have been applicable to the defendant if the amendment(s) to the guidelines listed in subsection (c) had been in effect at the time the defendant was sentenced.

Therefore, Petitioner's sentence was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o)."

## 18 U.S.C. § 3553(A) FACTORS

First, during Petitioner's incarceration, he has demonstrated a

sustained commitment to rehabilitating himself. Under <u>Pepper v. United States</u>, 131 S. Ct. 1229, 1242, 179 L. Ed. 2d 196 (2011), the court may consider post-sentencing rehabilitation as relevant, inter alia, to the defendant's likelihood of recidivism under § 3553(a)(2). In this regard, Petitioner has been, and, is still programming according to BOP policy. See, (Exhibit "A"). As of the filing of Petitioner's instant motion, Petitioner has been free of disciplinary issues during his incarceration. Petitioner has also completed the RDAP Drug Treatment Program.

Second, Petitioner has been mentoring young male inmates in an effort to deter them away from criminal thinking and activity, once they are released from prison, and how to become productive citizens in society. This has also led to these youth seeking their spiritual connection and strengthening the core of their faith based beliefs.

Third, the interest in avoiding unwarranted sentencing disparities under § 3553(a)(6), supports a reduction of Petitioner's sentence. Most notably, defendants sentenced under retroactive amendment 782, would receive a lesser sentence than Petitioner today, for the same amount of drugs as Petitioner.

### CONCLUSION

**WHEREFORE,** Petitioner prays this Honorable Court considers him for a sentence reduction and grant his 18 U.S.C. § 3582(c)(2) motion.

Executed on this 1st day of November 2014. By *Melvin Butler*

Melvin D. Butler
Petitioner, pro se

*EXHIBIT A*

# Certificate of Completion



Awarded To

**MELVIN BUTLER**

for successfully completing the *Five Hundred - Hour Comprehensive Drug Abuse Program*, 19 96 on this 15th day of March at the Federal Correctional Institution, El Reno, Oklahoma

_____ Warden

_____ DAP Coordinator

```
 SAFCD              *       INMATE EDUCATION DATA      *    10-28-2014
 PAGE 001 OF 001 *               TRANSCRIPT            *     15:20:34

 REGISTER NO: 14125-016      NAME..: BUTLER                 FUNC: PRT
 FORMAT.....: TRANSCRIPT     RSP OF: SAF-SAFFORD FCI
```

------------------------------ EDUCATION INFORMATION ------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| SAF | ESL HAS | ENGLISH PROFICIENT | 06-30-1991 1454 | CURRENT |
| SAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-15-2008 0001 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| SAF | MONEY MECHANICS ACE PGM | 10-02-2013 | 12-18-2013 | P | C | P | 24 |
| SAF | COMMERCIAL DRIVER'S LICENSE | 06-24-2013 | 08-08-2013 | P | C | P | 60 |
| SAF | ALEX HALEY'S ROOTS DVD | 04-02-2013 | 06-25-2013 | P | C | P | 26 |
| SAF | CLASSIC MOVIES | 01-27-2013 | 06-19-2013 | P | C | P | 2 |
| SAF | R-6/NON RESIDENTIAL DRUG ED | 09-14-2012 | 01-04-2013 | P | C | P | 22 |
| SAF | R-2 JOB SEEKING SKILLS | 11-28-2012 | 12-12-2012 | P | C | P | 10 |
| SAF | SIMULATED ONLINE JOB SEARCH | 11-26-2012 | 11-30-2012 | P | C | P | 5 |
| SAF | R-1/HLT AIDS AWARE | 07-06-2012 | 07-06-2012 | P | C | P | 1 |
| BML | PRERELEASE ANGER MANAGEMENT | 09-08-2008 | 09-23-2008 | P | C | P | 12 |
| BML | EMPLOYMENT OPPORTUNITIES | 07-07-2008 | 09-11-2008 | P | C | P | 20 |
| BML | CONVERSATIONAL ENGLISH ACE | 07-09-2008 | 09-10-2008 | P | C | P | 18 |
| BML | BASIC ACCOUNTING PRINCIPALS | 07-09-2008 | 09-08-2008 | P | C | P | 20 |
| BML | INTRO TO SMALL BUSINESS | 07-07-2008 | 09-08-2008 | P | C | P | 20 |
| BML | DIABETIC EDUCATION | 10-17-2007 | 11-21-2007 | P | C | P | 6 |
| BML | LEAGUE COORDINATORS | 01-27-2007 | 02-24-2007 | P | C | P | 6 |
| BML | NUTRITION MONDAYS 9:30-10:30AM | 01-26-2005 | 03-29-2005 | P | C | P | 12 |
| BML | WELLNESS MONDAYS 0830-0930 | 01-25-2005 | 03-29-2005 | P | C | P | 12 |
| BML | PRERELEASE RELEASE REQUIREMENT | 01-07-2004 | 01-07-2004 | P | C | P | 1 |
| BMM | FREE YOUR MIND GROUP | 02-02-2000 | 03-15-2000 | P | C | P | 5 |
| BMP | FITNESS I CLASS | 06-07-1998 | 08-12-1998 | P | C | P | 75 |
| LOM | INTRODUCTION TO ELECTRICAL | 10-16-1991 | 10-30-1991 | P | C | M | 40 |
| LOM | ADULT BASIC ED PM | 10-09-1990 | 03-05-1991 | P | C | P | 60 |
| LOM | ADULT BASIC ED PM | 07-24-1990 | 07-31-1990 | P | W | I | 20 |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | LANGUAGE | 8.0 | 07-10-1990 | LOM | | |
| | NUMBER OPR | 5.2 | 07-10-1990 | LOM | | |
| | PROB SOLV | 8.5 | 07-10-1990 | LOM | | |
| | READ COMP | 8.5 | 07-10-1990 | LOM | | |
| | SPELLING | 13.0 | 07-10-1990 | LOM | | |
| | VOCABULARY | 13.0 | 07-10-1990 | LOM | | |

```
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

⇔14125-016⇔
Melvin Butler
14125 016
Federal Correctional Institution
P.O.Box 9000
Safford, AZ 85548
United States



⇔14125-016⇔
U S Cour
333 Con:
Washing
United S